A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____  04-21234

Louis A. McIntosh, Jr. )
_____ )
_____ )
_____ )
_____ )

(Enter above the full name of the
plaintiff or plaintiffs in this
action.)

        v.

David Harris )
_____ )
_____ )
_____ )
_____ )
_____ )

(Enter above the full name of the
defendant or defendants in this
action.)

CIV-ALTONAGA

MAGISTRATE JUDGE
WHITE

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. 1983

    This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. <u>All copies of the complaint must be identical to the original</u>.

    Your complaint must be legibly handwritten or typewritten. Please <u>do not use pencil to complete these forms</u>. The plaintiff

Dade (1983)
Case # 04-21234
Judge - Altonaga Mag PAW
Mem Ifp NO   Fee pd $ 0
Receipt # _____

Page 1 of 6

plaintiffs must sign and swear to the complaint. <u>If you need additional space to answer a question, use an additional blank page</u>.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $150.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to each defendant, the United States Marshal will require you to pay for the cost of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ( )   No (✓)

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

   Plaintiffs: _Luis McIntosh_____

   _____

   Defendants: _Department of Correction___

   _____

2. Court (if federal court, name the district; if state court, name the county): _____

   _____

3. Case Number: _____

4. Name of Judge to whom case was assigned: _____

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): 

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of present confinement: _Dade Correctional Institution_

_____

A. Is there a prisoner grievance procedure in this institution?
   
   Yes (✓)   No (  )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   
   Yes (✓)   No (  )

C. If your answer is YES:

1. What steps did you take? _All steps Needed. First to the warden, then the Secetary, of DoC_

2. What was the result? _No Action has been taken as of this Date._

D. If your answer is NO, explain why not: _The officers Dont want to DO ANY thing about it, until told to by a prisoner_

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff _Louis A. McIntosh, Jr._

   Address _Dade Correctional Institution 19000 SW. 377 St Suite 300 Florida City, Fl. 33034_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _David Harris_

   is employed as _Warden_

   at _Dade Correctional Institution_

Page 4 of 6

C. Additional Defendants: <u>All supervisors of C</u>
<u>dorm since I've been here at Dade C.I.</u>

_____
_____
_____
_____

IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

Since I have been here, I have asked all staff members to do something about the smoking that goes on in this building. Like Officer Burgess she has not been back since she wrote a DR for smoking in this Dorm. Sgt. Madnick comes once a month if then. Sgt. Davis makes his presents known. Any one that tries to do something gets moved. All the prisoners that sleep in front of me, 1 to 11, smoke, only 3 prisoners on the top bunk do not, all that smoke come in my direction, its worse when their friends come at night when the lights go out. Its the

Page 5 of 6

being in a club or crack house. Everything is being smoked. →

V. **Relief**

State briefly exactly what you want the court to do so for you. Make no legal arguments. Cite no cases or statutes.

Place me in my own cell so I can breathe. Telling these officers to do something about it goes in one ear and out the other. All they do is talk on the phone, read or sleep. Unless the Warden or Col. or Capt. are coming by they do nothing about it. Right now my life is being put in a bad place because the smokers want me out of here. $13 million dollars. Maybe then the DOC will enforce the no smoking policy. → cont.

Signed this __21__ day of __MAY__, 20__04__.

_____
(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct. Executed on __5-21-04__

_____
(Signature of plaintiff)

Rev. 11/00

Page 6 of 6

RECEIVED
MAY 21 2004
DADE CORRECTIONAL

IV.

It seems that each officer has his or her own policy as far as no smoking in these buildings. I have seen Officer Miller, 4 to 12 shift, watch prisoners walking out of "C" dorm with lite ciggarettes and don't do anything about it. I have asked him what his policy is on no smoking, his response was, when I see someone smoking I write them up. I offered to help him by telling him, if you see me with a towel over my nose, someone around me is smoking. I know when they walk through this dorm for count or the mail call he and the rest can smell weed and cigar smoke, but they don't say anything.

Another officer put one of my muslim brothers in harms way by telling one of the prisoners she caught smoking a cigar that I asked her what her policy was on smoking, and the warden asked me to ask all officers in my dorm the same question. This was in December when he got into a fight about it. I talked him out of sticking this prisoner because he lost a fight I had told him not to get into. Officer Holmes is the female in question. But like the rest they see and don't see.

I could write a page for everyday I've been here on this subject.

continued
V.

I have to go into the day room every night just to get some fresh air. I have had pneumonia 3 times already, which makes it clear that smoke bothers me to the point that on our cash days I have to use an inhaler mostly at night, that is (~~and~~) when it is most difficult for me to breath in here.

I know that Big tobaco is still paying Hundreds of millions of dollars to families because of the 11 plus cemicals that cause cancer, that go into each pack they sell.

Like I ended in IV, I can go on, and on, and on. But the number of people that die every year, get bigger and bigger? It over 50,000 now.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
DEC 19 2003

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From: McIntosh, Lewis A.    E13513    Dade
      Last  First  Middle Initial    Number    Institution

03-6-38094

| Part A – Inmate Grievance |
|---|

The problem has not changed and the attitudes of the officers is they really don't care, even when they see someone smoking in the dorm. I've asked all the OIC on each shift of the problem and go as far as to show them the response from the warden. They just put on a good show. Some might say in the dorm a while to see if someone wants to get written up, but as soon as they leave they light up.

12-16-03
DATE

Lewis McIntosh  E13513
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___/___
                                                                         #   Signature

PART B - RESPONSE

SEE ATTACHED RESPONSE

PRINTED NAME    SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE    DATE

MAILED/FILED
WITH AGENCY CLERK

JAN 0 2 2004

Department of Corrections
Bureau of Inmate Grievance Appeals

MCINTOSH, LOUIS

**PART B - RESPONSE**

| INMATE | E13813 | 03-6-38094 |
|---|---|---|
| | NUMBER | GRIEVANCE LOG NUMBER |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule, or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure. Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

T. GRAHAM

_____    _____    12/30/03
SIGNATURE AND TYPED OR PRINTED NAME    SIGNATURE OF WARDEN, ASST. WARDEN, OR    DATE
OF EMPLOYEE RESPONDING    SECRETARY'S REPRESENTATIVE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: DADE C.I.

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☐ Other Mr Harris |
|---|---|---|---|---|

| FROM: | Inmate Name: Louis McIntosh | DC Number: E15813 | Quarters: C2103L | Job Assignment: ISG | Date: 10-20-03 |
|---|---|---|---|---|---|

**REQUEST**

This like being between a rock & a hard place. The prisoners around me know I don't like them smoking, I can't get all of your underlings to do their job, which I shouldn't. When I tell on these knuckleheads I concidered a rat or something. but I looking out for my health, which know one but me cares about. I can't ask your Colonel to move me, He has already threaten me with jail, which I'm already in. On the real side my walking area will be shorten. I should have told him I need a break. I know my lungs do. Maybe I should have gotten you to put that in writing as classification has also said, it on bed space. And I know there should be.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**   DATE RECEIVED: 10/20/03

Staff will continue to be informed of the smoking policy.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____   Date: 10/20/03

Distribution:   White   -Returned to Inmate        Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                 informal grievance then forward to be placed in inmate's file.

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: Dade C.I.

| TO: (Check One) | ☒ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name: Louis McIntosh | DC Number: E13813 | Quarters: C2103L | Job Assignment: ISC | Date: 11-3-03 |
|---|---|---|---|---|---|

Grievance

I was informed that all the prisons in these states are smoke free. From where I sit I would say, it is not. I have seen trainees write some one up for smoking, I have seen officer see someone but not write them up. I have a problem with it as do others who use inhalers. In this dorm there are maybe 20 who do not smoke out of 70 who live here. I know your officers noses work, I'm sure they smell what these people are smoking. When will you tell them to enforce this law.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**    DATE RECEIVED: _____

Once again, staff will continue to enforce the rules. Furthermore, you have an obligation to provide information on the individual that are in violation

[The following pertains to informal grievances only:
Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____    Date: 11/7/03

Distribution: White  -Returned to Inmate    Pink  -Retained by official responding, or if the response is to an
              Canary -Returned to Inmate          informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)